# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

October 20, 2016

**VIA ECF**
The Honorable Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

Re:   *Riley v. Brooklyn Academy of Music, Inc.*
Case No. 16-CV-1942 (VMS)

Dear Judge Scanlon:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die*. This is the parties' first request.

We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ *C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF