D/f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
JAN 12 2017
BROOKLYN OFFICE

AMANIE RILEY, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

THE BROOKLYN ACADEMY OF MUSIC, INC.,

Defendant.

No. 16-cv-1942

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, THE BROOKLYN ACADEMY OF MUSIC, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Joseph DiPalma
Joseph J. Lynett
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-8060
Fax: (914) 946-1216
Lynettj@jacksonlewis.com

Date: 11/18/2016

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 11-18-16

SO ORDERED
(/s/ARR)                    1-11-17
~~Hon. Vera M. Scanlon, U.S.M.J.~~
Hon. Allyne R. Ross, U.S.D.J.